IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LORENZO BURNS, Register No. 1015445, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-4117-CV-C-SOW |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 2, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims against defendant Henry Jackson. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on February 21, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's February 2, 2006, Report and Recommendation is adopted [66]. It is further

ORDERED that defendant Henry Jackson's motion of December 27, 2005, to dismiss or for judgment on the pleadings is granted and plaintiff's claims against defendant Jackson are dismissed [60].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 24, 2006